

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

vs.

Criminal No. 22-cr-20363

Hon. Laurie J. Michelson

D- Hussein Adan Bazzi,

    Defendant.
_____/



## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Hussein Adan Bazzi, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Counts 1-3 -18 U.S.C. § 1343 Wire Fraud: Up to 20 Years and/or a $250,000 fine.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Hussein Adan Bazzi
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 7-19-22