UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HUSSEIN ADNAN BAZZI,<br><br>    Defendant. | Case No. 22-20363<br>Honorable Laurie J. Michelson |

**ORDER GRANTING DEFENDANT'S MOTION TO WORK IN VALET BUSINESS [41]**

Hussein Bazzi pled guilty to wire fraud. (ECF No. 16.) The charges arose from his operation of valet service company A-Star. In essence, Bazzi solicited investors for A-Star with false representations and documentation that A-Star had secured lucrative valet service contracts with numerous well-known businesses in the Detroit area. (*Id*.)

Bazzi was sentenced to 17-months' imprisonment and a two-year term of supervised release. (ECF No. 34.) One of the standard conditions of Bazzi's supervision is that he "must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses [him] from doing so." (*Id*. at PageID.301.) Another standard supervision condition is that "[i]f the probation officer determines that [Bazzi] pose[s] a risk to another person (including an organization), the probation officer may require [Bazzi] to notify the person about the risk and [he]

must comply with that instruction." (*Id.*) The Court did not, however, impose any specific occupational restrictions pursuant to U.S.S.G. 5F1.5(a).

Bazzi has completed his prison term and would now like to resume employment in the valet services industry with A-Star Detroit, LLC. Bazzi, says his counsel, is no longer the owner of the company and merely wishes to return as an employee. (ECF No. 41.) Given Bazzi's history, his probation officer expressed some concerns about this employment. (*Id.*) Thus, Bazzi filed a motion for order allowing work in valet business. (*Id.*) The government responded (ECF No. 43) and the Court held a hearing on March 11, 2025.

For the reasons stated more fully on the record in the Court's oral ruling, the motion is GRANTED. Bazzi may "continue to work for the valet business he started," (ECF No. 41, PageID.333), but his probation officer may take the steps discussed at the hearing to ensure Bazzi is in compliance with the standard conditions of his supervised release, i.e., engaged in *lawful* employment and providing notice to those at risk, such as the members of the LLC and potential investors.

IT IS SO ORDERED.

Dated: March 11, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE
